Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

FILED ☑  LODGED ☐
RECEIVED ☐  COPY ☐

MAR 28 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

| | | |
|---|---|---|
| Milbrandt, Pearl M. | ) | Case No. CV23-00518-PHX-DWL |
| | ) | |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |
| -v- | ) | |
| State of Arizona | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |

## COMPLAINT AND REQUEST FOR INJUNCTION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Pearl Milbrandt |
   | Street Address | 2155 W. Farmdale Ave. unit 8 |
   | City and County | Mesa, Maricopa |
   | State and Zip Code | Arizona, 85202-3878 |
   | Telephone Number | 480-228-0234 |
   | E-mail Address | pearlmaria69@proton.me |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | Kris Mayes, predecessors and successors |
| Job or Title *(if known)* | Office of Attorney General of Arizona |
| Street Address | 2005 N Central Ave |
| City and County | Phoenix, Maricopa County |
| State and Zip Code | Arizona, 85004-2926 |
| Telephone Number | 604-542-5025 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Katie Hobbs, predecessor and successors |
| Job or Title *(if known)* | Office of Governor of Arizona |
| Street Address | 1700 W Washington Street |
| City and County | Phoenix, Maricopa County |
| State and Zip Code | Arizona, 85003 |
| Telephone Number | 602-542-4331 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Paul Penzone, predecessors and successors |
| Job or Title *(if known)* | Sheriff of Maricopa County |
| Street Address | 550 West Jackson |
| City and County | Phoenix, Maricopa County |
| State and Zip Code | Arizona, 85003 |
| Telephone Number | 602-876-1000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Mark Lamb, predecessors and successors |
| Job or Title *(if known)* | Sheriff of Pinal County |
| Street Address | 971 N Jason Lopez Circle Bldg C |
| City and County | Florence, Pinal County |
| State and Zip Code | Arizona, 85132 |
| Telephone Number | 520-866-5111 |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Common Law, 9th, 10th, and 13th Amendments of the Organic Constitution, 18 USC 241 and 242, 42 USC 1983, Public Law 96-170 sec 3, Public Law 104-317

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
of presumptive, assumptive and implied claims of debtor under color of law.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

In the State of Arizona I am suffering from deprivation of my right to LIFE, liberty, and happiness. Deprivation of my right to LIFE by treating me, the living woman as a DEAD surety. Deprivation of liberty by Parens Patriae, by the State of Arizona offices, holders of office, agencies and governmental departments. Deprivation of my right to happiness by implicit threat of loss of freedom or life at any given time under color of law presumptions and constructive fraud.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

April 1969 to present

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Facts are that my identity was stolen by the United States and by abuse of delegated power given by the people, the State of Arizona, Officers, Holder of offices, Agencies and governmental departments perpetuate the identity theft.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Name placed on the DO NOT DETAIN list as I exercise all rights granted to me. No harassment or retaliation, and acknowledgment of my rights in conjunction with moving from the public to the private.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-28-23

Signature of Plaintiff: *Pearl M. M.*
Printed Name of Plaintiff: Pearl M. Milbrandt

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address